IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

GEORGE JOY,                          )          CIVIL 07-00574DAE-LEK
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
JERRY TOYAMA, MALE MUA,              )
LLC., COUNTY OF MAUI, et al.,        )
                                     )
          Defendants.                )
_____

ORDER ADOPTING REPORT OF SPECIAL MASTER

     A Report of Special Master having been filed and served on all parties on

June 17, 2009 and no objections having been filed by any party,

     IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special

Master on Plaintiff's Objections and Memorandum in Opposition to

Defendant County of Maui's Bill of Costs," docket entry no. [129],  is adopted as

the opinion and order of this court.

         IT IS SO ORDERED.

         DATED: Honolulu, Hawaii, July 20, 2009.



                                         _____
                                         David Alan Ezra
                                       United States District Judge

George Joy vs. Jerry Toyama, et al., Civil No. 07-00574 DAE-LEK; ORDER
ADOPTING REPORT OF SPECIAL MASTER